1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KEITH LOLLIS,                                    No. 2:09-cv-03558-MCE-GGH P

12             Petitioner,

13        vs.                                         ORDER

14   J.W. HAVILAND, et al.,

15             Respondents.

16   _____/

17        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19   Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20        On July 30, 2010, the magistrate judge filed findings and recommendations herein which

21   were served on all parties and which contained notice to all parties that any objections to the

22   findings and recommendations were to be filed within twenty days.  Neither party has filed

23   objections to the findings and recommendations.

24        The court has reviewed the file and finds the findings and recommendations to be

25   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26   ORDERED that:

1

1      1.  The findings and recommendations filed July 30, 2010, are adopted in full; and

2      2.  Petitioner's motion for a stay pursuant to <u>Rhines</u> is denied.

3   Dated:  September 7, 2010

 

 

 

                      MORRISON C. ENGLAND, JR.
                      UNITED STATES DISTRICT JUDGE