1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10

11  KEITH LOLLIS,                    No. 2:09-cv-03558-MCE-GGH

12          Petitioner,

13      v.                           ORDER

14  J.W. HAVILAND, et al.

15          Respondents.

16

17                       ----oo0oo----

18      Petitioner, a pro se state prisoner, has filed an

19  application for a writ of habeas corpus pursuant to 28 U.S.C.

20  § 2254.  The matter was referred to a United States Magistrate

21  Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and E.D. Cal. Local

22  Rule 302.

23      The Court is in receipt of Magistrate Judge Hollow's

24  Findings and Recommendations regarding Respondent's Motion to

25  Dismiss (ECF. No. 11).

26  ///

27  ///

28  ///

1

In light of the decision in <u>Hayward v. Marshall</u>, 603 F.3d 546 (9th Cir. 2010), this Court requests additional briefing by both parties to address Respondent's claim that the "some evidence standard" does not apply to Petitioner's claim.  Such briefs are to be filed within thirty (30) days of the date that this order is electronically filed.

IT IS SO ORDERED.

Dated: October 26, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE