IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEITH LOLLIS,

    Petitioner,               No. CIV S-09-3558 MCE GGH P

    vs.

J.W. HAVILAND, et al.,

    Respondents.          <u>ORDER</u>

_____/

        On November 17, 2010, an order was served on petitioner's address of record and returned by the postal service. It appears that petitioner has failed to comply with Local Rule 183(b), which requires that a party appearing in propria persona inform the court of any address change or face dismissal after 63 days.

        A search by the court indicates that petitioner may have been transferred to the California Medical Facility. However, it is not clear if this is a permanent or a temporary move and it is petitioner's burden to inform the court of an address change.

        In order for this case to proceed in a timely manner, petitioner shall inform the court of his new address. The Clerk of the Court shall serve this order to petitioner's address of record and to California Medical Facility.

\\\\\

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall inform the court of his current address;

2. The Clerk of the Court shall serve this order on the address of record and to petitioner at California Medical Facility.

DATED: November 23, 2010

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH: AB
loll3558.address